UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

STEPHEN JACKSON,                          ) Case No. CV 11-5967 GAF (MRW)
            Petitioner,      )
        vs.                      ) JUDGMENT
MIKE STAINER, Warden,                 )
           Respondent.     )
_____ )

    Pursuant to this Court's Order,

    IT IS ADJUDGED that the action is dismissed with prejudice.

DATE:   __August 12, 2011__

_____

HON. GARY A. FEESS
UNITED STATES DISTRICT JUDGE